SEGAL CONSTRUCTION COMPANY v.
ZONING BD. OF ADJUSTMENT, BOROUGH OF WENONAH.

September 30, 1975. Petition for certification denied.
(See 134 *N. J. Super.* 421)

WILLIAM HAWLEY v. ALAN HOFFMAN.

September 30, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY MOLKA.

September 30, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. L. S.

September 30, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. L. S.

September 30, 1975. Cross-petition for certification granted.